UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ARCHER LEE STEVENS                                                    PLAINTIFF

v.                                              CIVIL ACTION NO. 3:10CV-P298-R

PRESIDENT BARACK OBAMA *et al.*                                     DEFENDANTS

## MEMORANDUM OPINION

Plaintiff Archer Lee Stevens, a pretrial detainee currently being held in the Louisville Metro Department of Corrections, filed this *pro se*, *in forma pauperis* action pursuant to 42 U.S.C. § 1983. His complaint is before the Court for screening pursuant to 28 U.S.C. § 1915A and *McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997). For the reasons set forth below, this action will be dismissed as frivolous.

### I. Summary of Complaint

As best the Court can tell from Plaintiff's complaint, he has sued the following Defendants: President Barack Obama, Judge Daniel T. Goyette, Governer Steve Beshear, Mayor Jerry Abramson, Judge Henry Winkler, FBI, DEA, Attorney General of Kentucky, Judge Janice Martina, Heads of Washington D.C., The Senate, The House of Representatives, Congress of Washington, The Hall of Justice, The Kentucky Supreme Court, State of Kentucky, City of Louisville Metro Police Department, Kentucky State Reformatory, Luther Luckett Correctional Complex, Louisville Metro Correctional Facility, PNC Bank, Executives & Employees of PNC Bank Plaza Building, Judge Donald E. Armstrong, Richard L. Klem, PH.D, the elderly people on the corner of Muhammad Ali and 4th Street in that Hotel, the Cash Exchange, the State of Alabama, the State of Tennessee, the State of West Virginia, the State of Ohio, Jack Conway, Social Worker Ms. April Lewis, Tom Dailey, and Charles Stopher. Defendants are sued in their official and individual capacities. Plaintiff is seeking "10.50 trillion each."

Many of the Defendants are not mentioned in the complaint. Rather, Plaintiff's complaint is comprised of a bizarre set of disjointed allegations. Below is a sample of a few of the allegations contained in the complaint:

- I hit the lottery two tickets for $2.43 million each approximately two years ago. I Archer L. Stevens did send the claims off for those winning at the post office on 4th Street. Those winning was intercepted by my step sister Maria Pullum, and my family they call my step sister sunshine Joann Stevens Button and Rachell L. Stevens, the citizens of Louisville along with the staff of wayside Mission and the residence did form a group called Congress of Louisville they all signed a petition forging my signature at the top of that list without my consent. I was arrested at the Cash Exchange at 2113 West Broadway because my Lottery winning was being posted out there.

- Now comings the Plaintiff Archer L. Stevens revealing that on July 9, 2009, I became the Legal Governor of Kentucky.

- They officers . . . they had me believing that I Archer was the Legal Appointed President of the United States of America, Legal Governor of Kentucky Plus the Legal Mayor of Louisville

- My grandmother big mama hit the Kentucky Lottery and went to Africa, she bought up some land in Africa, she went to China and she meet a young Chinese girl named Maling who come to Louisville about 9 months ago with some other women from other countries who was all killed by the Honorable Judge Donald Armstrong.

- The Warden and one of the Raffuroris who said he was King of the Raffuroris he also stated that they killed my wife and my children . . . I don't know how they killed my wife and children but they killed my two oldest brothers and removed their insides from their bodies, they both were very healthy black men.

## II. Analysis

The Court must screen any complaint filed by a prisoner against a governmental entity or employee to determine if the complaint is frivolous, malicious, fails to state a claim or seeks relief against a defendant who is immune from suit. 28 U.S.C. § 1915A. A complaint may be dismissed as frivolous only when the plaintiff fails to present a claim with an arguable or rational basis in law

2

or fact. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).  Claims which lack such a basis include those for which the defendants are clearly entitled to immunity and claims of infringement of a legal interest which does not exist, *see id.* at 327-28, and "claims describing fantastic or delusional scenarios, claims with which federal district judges are all too familiar." *Id.* at 328; *see also Denton v. Hernandez*, 504 U.S. 25 (1992).

      A review of Plaintiff's complaint reveals that it is comprised of exactly the type of "fantastic" and "delusional" allegations that warrant dismissal as frivolous.  Accordingly, the Court will enter a separate Order of dismissal.

Date:

cc:      Plaintiff, *pro se*

4413.008